1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9  MITCHELL REPAIR INFORMATION        )  No.
   COMPANY, LLC,                      )
10                                    )  COMPLAINT
                Plaintiff,            )
11                                    )
        vs.                           )
12                                    )
   JESSE KEBEL a/k/a Jesse Kabel d/b/a )
13 www.wiring-diagram.com,            )
                                      )
14              Defendant.            )
                                      )
15 ─────────────────────────────────── )

16      For its Complaint against defendant Jesse Kebel a/k/a Jesse Kabel d/b/a www.wiring-

17 diagram.com, ("Kebel") Plaintiff Mitchell Repair Information Company, LLC ("MRIC") by and

18 through its attorneys, hereby states and alleges as follows:

19                              **INTRODUCTION**

20      Plaintiff MRIC is a manufacturer of a variety of informational software products for the

21 automotive industry.  Kebel currently sells automotive wiring diagrams to purchasers via the

22 world wide web.  Kebel has been pirating MRIC's software products in violation of federal

23 copyright law.  MRIC now seeks damages and injunctive relief against Kebel.

24

25                         **JURISDICTION AND VENUE**

26

COMPLAINT -- 1

GRAHAM & DUNN PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

M38671-1257998

1.    This is an action for copyright infringement brought under the Federal Copyright Act of 1976, 17 U.S.C. §§ 101 *et seq.* This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

2.    Venue in this Court is appropriate under 28 U.S.C. §§ 1391(b) and 1400(a). Upon information and belief, Kebel has engaged in the complained of activities in this Judicial District, and has been a resident of Washington at all times relevant thereto.

## THE PARTIES

3.    MRIC is, and at all times relevant to the instant dispute was, a limited liability company organized and existing under the laws of the State of Delaware, with its principal place of business at 14145 Danielson Street, Poway, California 92064.

4.    Upon information and belief, Kebel is, and at all times relevant to the instant dispute was, a citizen of the State of Washington residing at 8502 Cimarron Way, Maple Falls, Washington, 98266

## BACKGROUND

5.    MRIC is – and for nearly eighty years has been – one of the leading providers of informational products to the automotive industry. MRIC currently publishes more than 30 information and service products, primarily in electronic formats, which it then markets to independent automotive repair shops, service stations, automobile dealerships, educational institutions, and libraries worldwide. MRIC's informational products cover a range of industry-specific topics, including estimating the costs of automotive repairs, conducting automotive repairs, and managing automotive repair facilities.

COMPLAINT -- 2

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

M38671-1257998

6.    Prior to February 7, 2000, MRIC created an original computer software program designed to assist automotive technicians in conducting diagnostic and repair work, which it called "Mitchell On-Demand:   Computerized Repair Information System" ("Mitchell On-Demand").  MRIC markets "Mitchell On-Demand" in both compact disc (CD) and digital video disc (DVD) formats to end users through independent regional sales representatives.  Updated versions of "Mitchell On-Demand" are created on a quarterly basis.  The suggested retail price for a single user subscription to the most current version of "Mitchell On-Demand" is $5,719.00 per year.  The price to renew a single user subscription to "Mitchell On-Demand" is $2,209.00 per year.  Typically, a single user will renew a subscription to "Mitchell On-Demand" twice.

7.    "Mitchell On-Demand" is a "computer program" within the meaning of 17 U.S.C. § 101, and constitutes copyrightable subject matter under 17 U.S.C. § 102.

8.    MRIC has secured the exclusive rights and privileges in, and to the copyright for, "Mitchell On-Demand."

9.    MRIC has received a Certificate of Copyright Registration Number TX-5-104-618 (effective date February 7, 2000) from Register of Copyrights in the United States Copyright Office for the 1999 version of the software.  A copy of MRIC's certificate of copyright registration for the 1999 version of "Mitchell On-Demand" is attached hereto as **Exhibit A**, and is incorporated herein by reference.

10.    At all times since its creation of "Mitchell On-Demand," MRIC has complied with all federal laws governing copyrights, including the Copyright Act of 1976, 17 U.S.C. §§ 101 *et seq.*, and it is currently the owner of all rights, title, and interests in and to the copyright for "Mitchell On-Demand."

COMPLAINT -- 3

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

M38671-1257998

11.    On April 1, 2009, MRIC filed a complaint in the U.S. District Court for the Western District of Washington (Cause No. C08-0500 RSM), alleging copyright infringement against C.J. Rutchey d/b/a Automotive Hobbyists Digital Online Library, www.ahdol.com ("Rutchey") (hereinafter the "First Lawsuit"). In the First Lawsuit, MRIC alleged that Rutchey was using his Web site, www.ahdol.com, to sell unauthorized copies of information, primarily wiring diagrams, that are contained in "Mitchell's On-Demand." MRIC obtained a default judgment against Rutchey permanently enjoining his continued infringement and operation of the Web site, and for money damages. A true and correct copy of the Default Judgment is attached hereto as **Exhibit B**.

12.    Notwithstanding the Judgment in the First Lawsuit, Rutchey refused to comply with the Court's permanent injunction. MRIC contacted Rutchey's U.S. based web hosting company, and demanded that the Web site be taken down in compliance with the Court's permanent injunction. The Web host provided Rutchey with 30 days notice of its intent to take down his Web site. During the 30 day grace period, Rutchey registered a new domain name, www.wiring-diagram.com, with a foreign domain name registrar. When the U.S. Web host took down Rutchey's Web site, www.ahdol.com, Rutchey opened his new Web site the same day, using a foreign Web hosting company that not subject to U.S. jurisdiction. Web users who input the old address, www.ahdol.com, are automatically forwarded to Rutchey's new Web site, www.wiring-diagram.com, which is identical to the old Web site, and continues to sell wiring diagrams that infringe on MRIC's copyrights. A true and correct copy of a screen print from the infringing Web site www.wiring-diagram.com is attached hereto as **Exhibit C**.

COMPLAINT -- 4

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

M38671-1257998

13.     Although unknown to MRIC at the time it initiated the First Lawsuit, Kebel was also an owner and operator of www.ahdol.com.     All of the purchase transactions on www.ahdol.com were processed through another Web site, www.paypal.com ("PayPal")). Records from PayPal indicate that Kebel was a joint operator of www.ahdol.com with Rutchey, and that he continues to be an operator of the renamed Web site, www.wiring-diagram.com. Money was deposited in Kebel's PayPal account for sales made through www.ahdol.com of MRIC's copyrighted works.     Kebel has made hundreds of cash withdrawals from that account over this period of time.     Kebel was also paid by Rutchey to assist him in transferring the Web site to the new overseas Web host, and to continue operating the new Web site.

14.     Kebel also has had several email addresses associated with www.ahdol.com and www.wiring-diagram.com.     PayPal records indicate that both Kebel and Rutchey are the owners and operators of www.ahdol.com and www.wiring-diagram.com, and that they share bank accounts associated with that PayPal account.     Rutchey and Kebel also have an arrangement under which they split the proceeds of certain payments made into their PayPal accounts related to www.wiring-diagram.com.     Kebel has been making payments to advertise www.wiring-diagram.com on the google search engine.

15.     On June 23, 2009, MRIC submitted an infringement report to PayPal pursuant to the Web site's acceptable use policy, requesting that it discontinue processing transactions for Rutchey and Kebel's Web sites.     On or about July 2, 2009, Kebel objected to MRIC's infringement allegations, certifying under penalty of perjury that he was the operator of www.wiring-diagram.com.

COMPLAINT -- 5

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599

M38671-1257998

16.    Kebel had notice of MRIC's infringement claim against Rutchey from the inception of the First Lawsuit.  The home address Rutchey listed when he registered the domain name for www.ahdol.com, is a parcel of vacant land owned by Kebel.  MRIC sent process servers to that address, and also to Kebel's home address, which was located across the street from the vacant lot.

17.    Based on the new information obtained by MRIC, it is apparent that Rutchey and Kebel worked together since they originally began operating www.ahdol.com for the purpose of selling unauthorized exact copies of information, primarily wiring diagrams, contained in "Mitchell's On-Demand."  In addition, since that time, Kebel has worked with Rutchey to avoid enforcement of the original judgment and permanent injunction.  By changing the web address for their infringing Web site from www.ahdol.com to www.wiring-diagram.com, and by using Kebel's name in place of Rutchey's, they have continued to sell infringing copies of MRIC's works through www.wiring-diagram.com, and made it difficult for MRIC to convince third parties such as PayPal to enforce the permanent injunction.

## CAUSE OF ACTION

### Copyright Infringement

18.    MRIC re-alleges the allegations contained in Paragraphs 1-17.

19.    Kebel's unauthorized copying and/or acquisition of information contained in "Mitchell On-Demand," and his subsequent sales of copies thereof, constitute direct violations of the exclusive reproduction and distribution rights conferred on MRIC by 17 U.S.C. § 106, and thus constitute infringement of MRIC's copyrights in "Mitchell On-Demand" under 17 U.S.C. § 501(a).

COMPLAINT -- 6

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

M38671-1257998

20.    Upon information and belief, Kebel knowingly and willfully disregarded and infringed upon MRIC's copyrights in "Mitchell On-Demand" and continues to do so.

21.    Upon information and belief, Kebel has earned profits from his unauthorized copying and sale of information contained in "Mitchell On-Demand" in an amount that remains to be determined.  MRIC is entitled to such profits under 17 U.S.C. § 504(b).

22.    Kebel's illicit activities have inflicted actual damages on MRIC in amounts that remain to be determined.  MRIC is entitled to recover its actual damages under 17 U.S.C. § 504(b).

23.    Alternatively, MRIC is entitled to recover statutory damages in an amount not less than $750.00 and not more than $150,000.00, pursuant to 17 U.S.C. § 504(c), for each instance of Kebel's willful infringement of MRIC's copyrights.

24.    Additionally, MRIC is entitled, under 17 U.S.C. § 505, to recover its costs and reasonable attorney's fees that it has incurred as a result of Kebel's willfully infringing activities.

25.    Furthermore, Kebel's distribution of unauthorized copies of information contained on "Mitchell On-Demand" has caused (and, if not restrained, will continue to cause) irreparable injury to MRIC, for which no adequate remedy at law exists.  Thus, MRIC is entitled to permanent injunctive relief under 17 U.S.C. § 502(a).

### DEMAND FOR JURY

26.    MRIC herby demands a trial by jury on all issues triable of right by a jury.

### PRAYER FOR RELIEF

WHEREFORE, plaintiff respectfully requests that the Court:

1.    Award to it the profits that Kebel has earned through his infringing activities;

COMPLAINT -- 7

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

M38671-1257998

2.    Award to it the actual damages that it has suffered as a result of Kebel's infringement;

3.    Alternatively award to it statutory damages of not less than $750.00 and up to $150,000.00 for Kebel's willful infringement;

4.    Award to it its costs (including reasonable attorneys' fees);

5.    Under 17 U.S.C. § 503(a), order the impounding, during the pendency of this action, of all unauthorized copies of "Mitchell On-Demand" heretofore made and/or sold by Kebel, as well as all articles by means of which such copies have been or may be produced;

6.    Enter an Order permanently enjoining Kebel (as well as his agents, servants, employees, and attorneys, and those persons in active concert or participation with him who receive actual notice of the order by personal service or otherwise) from copying, selling, offering to sell, advertising the sale of, posting on any Web site, or making derivative works of any works contained within or comprising "Mitchell On-Demand" software for which the plaintiff holds the exclusive copyrights;

7.    Order, upon conclusion of this matter, pursuant to its authority under 17 U.S.C. § 503(b), the destruction of all unauthorized copies of any works contained within or comprising "Mitchell On-Demand" heretofore made and/or sold by Kebel, as well as all articles by means of which such copies have been or may be produced; and

8.    Award it such other relief as the Court may deem just and equitable.

COMPLAINT -- 8

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

M38671-1257998

DATED this _____31st_____ day of August, 2009.

GRAHAM & DUNN PC

By _____

Daniel J. Oates, WSBA# 39334
Email: doates@grahamdunn.com
Kathleen T. Petrich, WSBA# 22143
Email: kpetrich@grahamdunn.com
Michael G. Atkins, WSBA# 26026
Email: matkins@grahamdunn.com
Attorneys for Plaintiff

COMPLAINT -- 9

GRAHAM & DUNN PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

M38671-1257998

# CERTIFICATE OF REGISTRATION




**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**OFFICIAL SEAL**



TX 5-104-618

EFFECTIVE DATE OF REGISTRATION

| | | |
|---|---|---|
| 2 | 7 | 00 |
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**
**TITLE OF THIS WORK ▼**
ON-DEMAND COMPUTERIZED REPAIR INFORMATION SYSTEM 1983-99 DOMESTIC & IMPORT DVD

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.  Title of Collective Work ▼

If published in a periodical or serial give:  Volume ▼     Number ▼  DVD99-4     Issue Date ▼     On Pages ▼

---

**2**
**a**
**NAME OF AUTHOR ▼**
MITCHELL REPAIR INFORMATION COMPANY, LLC

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
ENTIRE TEXT

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**
**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**
**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

---

**3**
**a**
**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1999 ◀ Year

**b**
**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month▶ DEC   Day▶ 5   Year▶ 1999   USA ◀ Nation

---

**4**
**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
MITCHELL REPAIR INFORMATION COMPANY, LLC
14145 DANIELSON STREET
POWAY CA., 92064

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

APPLICATION RECEIVED
FEB 07, 2000
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
FEB 07, 2000

FUNDS RECEIVED

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.     • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

**Exhibit A**
**Page 1 of 2**

| EXAMINED BY | | FORM TX |
| CHECKED BY | | |
| ☐ CORRESPONDENCE<br>☐ Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☑ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶  4 957 654        Year of Registration ▶  1999

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

PREVIOUS EDITION

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

ADDITIONAL TEXT & EDITORIAL REVISIONS

**a**
**6**
**b**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                          Account Number ▼
MITCHELL REPAIR INFO. CO.                        DA 083135

**a**
**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼
MITCHELL REPAIR INFORMATION COMPANY, LLC
14145 DANIELSON STREET
POWAY CA., 92064

**b**

Area code and daytime telephone number ▶ 888-724-6742 X6288        Fax number ▶ 858-391-5247

Email ▶ debbie.hickman@mitchellrepair.

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  MITCHELL REPAIR INFO. CO., LLC
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

DEBBIE HICKMAN                                                Date ▶ 1/27/00

Handwritten signature (X) ▼

X _____

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address: | Name ▼<br>MITCHELL REPAIR INFORMATION COMPANY, LLC<br>DEBBIE HICKMAN - TECHNICAL LIBRARIAN<br>Number/Street/Apt ▼<br>14145 DANIELSON STREET<br>City/State/ZIP ▼<br>POWAY CA., 92064 | |

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—200,000                          ★U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/49
WEB REV: June 1999

The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| MITCHELL REPAIR INFORMATION COMPANY, LLC | ) ) | No. C08-0500 RSM |
| Plaintiff, | ) ) ) | DEFAULT JUDGMENT |
| vs. | ) ) ) | |
| C.J. RUTCHEY d/b/a AUTOMOTIVE HOBBYISTS DIGITAL ONLINE LIBRARY | ) ) ) | |
| Defendant. | ) ) ) | |

## JUDGMENT SUMMARY

A.    Judgment creditor                          Mitchell Repair Information Company, LLC

B.    Judgment debtor                            C.J. Rutchey d/b/a Automotive Hobbists Digital Online Library

C.    Nonmonetary Relief                         Injunction prohibiting defendant from engaging in, or inducing, future infringement of plaintiff's copyrights

D.    Principal judgment amount                  $30,000.00

E.    Attorneys' Fees                            $13,109.60

F.    Costs                                      $975.40

G.    Total                                      $44,085.00

H.    Principal judgment shall bear interest at 1.25% per annum pursuant to 28 U.S.C. § 1961.

I.    Attorneys for judgment creditor           Kathleen T. Petrich

DEFAULT JUDGMENT -- 1

No. C08-0500 RSM

m38671-1064407_2.doc

GRAHAM & DUNN PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

Michael G. Atkins
Daniel J. Oates
Graham & Dunn, PC
Pier 70
2801 Alaskan Way #300
Seattle, WA 98121

THIS MATTER came before this Court on plaintiff Mitchell Repair Information Company, LLC's ("Mitchell Repair") motion for default judgment. In light of this Court's entry of default against and defendant C.J. Rutchey, d/b/a Automotive Hobbists Digital Online Library (the "defendant") for failing to answer or otherwise defend in this action (Dkt. No. 14), and having considered the following:

1.    Mitchell Repair's motion for entry of default judgment;

2.    The Declaration of Michael G. Atkins in support of plaintiff's motion for default judgment (attorneys' fees and costs) and the exhibits attached thereto; and

3.    The Declaration of Trent M. Johnson in support of plaintiff's motion for default judgment (attorneys' fees and costs) and the exhibits attached thereto;

The Court enters the following Findings of Fact, Conclusions of Law and Default Judgment.

## FINDINGS OF FACT

The Court makes the following findings of fact with regard to the plaintiff's attorney fee request pursuant to 17 U.S.C. § 505:

In its Complaint, Mitchell Repair alleged defendant, without authorization, copied or acquired large portions of plaintiff's wiring diagrams and computer software, and subsequently sold copies of such information through his commercial internet website. Defendant's actions constitute willful infringement of plaintiff's copyrights, in violation of the Copyright Act.

DEFAULT JUDGMENT -- 2

No. C08-0500 RSM

m38671-1064407_2.doc

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax  (206) 340-9599

1.      The complaint also prayed for an award of plaintiff's reasonable attorneys' fees and costs incurred as a result of the defendant's willful infringement of plaintiff's copyrights, pursuant to 17 U.S.C. § 505.

2.      Mitchell Repair incurred significant expenses and attorneys' fees in trying to locate and serve the defendant, who left the State of Washington or hid himself within the State in order to avoid service of process.

3.      On September 3, 2008, the Court granted Mitchell Repair's motion for entry of default judgment when the defendant failed to plead or otherwise defend the claims in the complaint.

4.      An award of attorneys' fees pursuant to 17 U.S.C. § 505 is fair and appropriate given the prejudice suffered by plaintiff as a result of defendant's efforts to avoid service of process and defendant's willful infringement of plaintiff's copyrights.

5.      Time spent by plaintiff's attorneys (49.1 hours) was reasonable in light of the issues involved, the amount at stake, and the defendant efforts to avoid service of process.

6.      The billing rate of plaintiff's attorneys was reasonable in light of the customary charges of other attorneys for similar legal services, and the skill and experience required of the attorneys to bring the claims against defendant.

## CONCLUSIONS OF LAW

1.      Defendant has failed to answer or otherwise defend the allegations in plaintiff's complaint and is in default.

2.      Defendant has engaged in willful infringement of plaintiff's copyrights.

3.      Plaintiff's attorneys' fees, in the amount of $13,109.60, which it incurred in bringing this action to halt defendant's willful copyright infringements, are reasonable.

//

//

DEFAULT JUDGMENT -- 3

No. C08-0500 RSM

m38671-1064407_2.doc

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599

**Exhibit B**
**Page 3 of 5**

**ORDER**

The Court being otherwise fully advised in the premises, NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the plaintiff's motion for an order of Default Judgment is GRANTED;

It is further ORDERED, ADJUDGED AND DECREED that this Default Judgment entitles plaintiff to the following relief:

1.    Defendant, and all persons acting within his control or direction, is hereby permanently enjoined from making, selling, offering for sale, or otherwise infringing contributing to the infringement of, and/or inducing the infringement of any of plaintiff's copyrighted diagrams, schematics, or software, including but not limited to the "Mitchell On-Demand Computerized Repair Information System";

2.    Defendant shall return to plaintiff all unauthorized copies of plaintiff's copyrighted materials that are within defendant's custody or control, if any, and shall notify plaintiff immediately of any and all information that comes to his attention regarding any attempt by a third party to make, sell, or offer to sell such copyrighted materials;

3.    Defendant shall bear plaintiff's costs incurred in bringing this action in the amount of $975.40;

4.    Defendant shall bear plaintiff's reasonable attorneys' fees incurred in bringing this action in the amount of $13,109.60;

5.    Defendant shall pay $30,000.00 in statutory damages in connection with defendant's willful violation of the Copyright Act of 1976, 17 U.S.C. § 504(c)(1);

6.    Defendants shall pay $___0___ in exemplary damages.  Pursuant to 17 U.S.C. § 504(c)(2), the copyright owner has the burden of proving that exemplary damages are justifiable. Here, no such showing was made.

//

//

DEFAULT JUDGMENT -- 4

No. C08-0500 RSM

m38671-1064407_2.doc

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax (206) 340-9599

**Exhibit B**
**Page 4 of 5**

1      7.    The amounts awarded in this Judgment shall bear interest at the statutory rate of

2  1.25% per annum until paid in full pursuant to 28 U.S.C. § 1961.

3      DONE IN OPEN COURT this _21_ day of October, 2008.

4

5

6

7

8      RICARDO S. MARTINEZ
       UNITED STATES DISTRICT JUDGE

9

10

11

12
   Presented by:
13
   GRAHAM & DUNN PC
14

15
   By  /s/ Michael G. Atkins
16      Michael G. Atkins, WSBA# 26026
       Email:  matkins@grahamdunn.com
17      Kathleen T. Petrich, WSBA# 22143
       Email:  kpetrich@grahamdunn.com
18      Attorneys for Mitchell Repair Information Company, LLC

19

20

21

22

23

24

25

26

DEFAULT JUDGMENT -- 5

No. C08-0500 RSM

m38671-1064407_2.doc

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599



## Manufacturer Specifications    Repair Guides
## Diagnostic Information    Component Locations    Pinouts
## Connector Views    Wiring Diag

## Professional-Grade Automotive Data
### *... for the hobbyist & do-it-your-selfer.*

---

# Factory Wiring Diagrams
### from $5.99
for vehicles sold in **North America** from **1985** to **2008**.

**Engine**, **Transmission**, **Stereo**, **A/C**, **Starting/Charging**, **Lighting**,
**Body Control**, **Cruise Control**, **Headlights**, **Computer Data Lines**,
**Instrument Cluster**, **Memory Systems**, **Power Distribution**,
**SRS**, **Wiper/Washer**, **Horn**, **Warning Systems**,
**Power Windows/Doors/Mirrors/Seats**

+more - you name it and we can probably find it for you!

        

---

### Also Available:

# Vintage Wiring Diagrams
### only $6.99
for vehicles sold in the **US & Canada** from **1960** to **1984**.
**(Original Factory Sheets)**

    

---

### The Automotive Research Desk
is an automotive literature research service.
**... like the research desk at your local Library ... only better!**

Our research service helps fellow hobbyists and "do-it-your-selfers"
obtain that essential factory documentation that is not normally available
to non-professionals.

No matter what you need help with, we probably have you covered!

**Exhibit C
Page 1 of 3**

# Easy to View  -  Easy to Save!

We research each individual request utilizing online databases & digital libraries from all accross the United States & Canada ... and the world.

All research material is digitally printed to an Adobe PDF document - for easy access and storage - and then uploaded to our file server for fast download to your computer.

Our research fees start at only **$5.99** ... so we are a great value!

## 24-hour Turn Around Guaranteed!
### ... orders usually processed the same day.

We also offer **Priority Service** for those in a hurry.

Manufacturer diagrams are available for passenger vehicles and light trucks sold in North America from about 1960 until 2008.

Diagnostic and Repair Guides are available for passenger vehicles and light trucks sold in North America from about 1990 until 2007.

For vehicles sold outside of North America - please email us at info@wiring-diagram.com to check on the availability of factory wiring diagrams for your vehicle.

    

Contact Us

**Model Pages**

Lexus

Oldmobile

Infinity

**Exhibit C**
**Page 2 of 3**

Factory Wiring Diagrams @ The Automotive Research Desk

Chrysler
VW
Lincoln



**Exhibit C**
**Page 3 of 3**